IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
SHIRLEY PLUMMER,                      *
                                      *
     Plaintiff,                       *
                                      *
     v.                               *    CV 321-026
                                      *
THE TJX COMPANIES, INC., TJ           *
MAXX, BRANDON GRIFFIN, and            *
JOHN DOE,                             *
                                      *
     Defendant/Third-Party            *
     Plaintiff,                       *
                                      *
v.                                    *
                                      *
KELLERMEYER BERGENSONS SERVICES,      *
                                      *
     Third-Party Defendant.           *
```

O R D E R

Having earlier indicated that the parties have reached a settlement, Plaintiff now files a Dismissal With Prejudice. Upon good cause shown, and in accordance with Federal Rule of Civil Procedure 41(a)(2), **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE.** Moreover, the third-party claims in the case are similarly **DISMISSED WITH**

PREJUDICE.[1]  The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.  Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of June, 2022.

```
_____
UNITED STATES DISTRICT JUDGE
```

---

[1] The Clerk has confirmed that the third-party plaintiff consents to the dismissal of all claims in the case.